Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EXIST, INC., et al.,<br><br>Defendants.<br>_____<br>All related counter-claims. | Case No.: 2:14-cv-02525-JGB-KK<br><u>Honorable Kenly Kiya Kato Presiding</u><br><br>**NOTICE OF LODGING OF STIPULATED PROTECTIVE ORDER FOR CONFIDENTIAL TREATMENT OF DOCUMENTS AND INFORMATION** |

- 1 -

PLAINTIFF'S NOTICE OF LODGING OF STIPULATED PROTECTIVE ORDER

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby lodges and submits its draft of the Stipulated Protective Order, pursuant to Court order entered July 17, 2015, see Dkt. # 48.

                                                  Respectfully submitted,

                                                  DONIGER / BURROUGHS APC

Dated: July 24, 2015            By:    <u>/s/ Stephen M. Doniger</u>
                                                        Stephen M. Doniger, Esq.
                                                        Attorneys for Plaintiff

PLAINTIFF'S NOTICE OF LODGING OF STIPULATED PROTECTIVE ORDER