UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-2525-JGB (KKx) | Date | July 31, 2015 |
|---|---|---|---|
| Title | Advanced Visual Image Design, LLC v. Exist Inc., et. al. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   **(In Chambers) Order Declining to Issue Stipulated Protective Order [ECF Docket No. 51]**

The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration. The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

1. Proposed ¶¶6.2 and 13.1 need to be revised to make clear that any motion challenging a designation of material as Confidential or requesting a modification of the Protective Order will need to be made in *strict compliance* with Local Rules 37-1 and 37-2 (*including the Joint Stipulation requirement*).

2. Proposed ¶13.3 needs to be revised to make clear a Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5. Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue. If a Party's request to file Protected Material under seal is denied by the court, then the Receiving Party may file the information in the public record unless otherwise instructed by the court.