JS-6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David R. Shein (SBN 230870)
david@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EXIST, INC., *et al.*,<br><br>Defendants.<br><br>All related counter-claims. | Case No.: 5:14-cv-02525-JGB-KK<br>*Honorable Jesus G. Bernal Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE** |

Having reviewed the Stipulation for Dismissal and finding good cause thereon, IT IS ORDERED that:

1. This Action be dismissed with prejudice;

2. This dismissal is expressly conditioned on the terms and conditions of the confidential settlement agreement entered into by and between Avid on the one hand and Exist and Defendant Shaul Ashkenazy on the other hand;

3. The Court retains jurisdiction of this matter for the purposes of taking any actions necessary to enforce the terms of the confidential settlement agreement;

4. Each party is to bear its own costs and fees as incurred against one another.

Dated: October 22, 2015    _____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE

STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE